UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LORENZO SICONOLFI,

                      Plaintiff,

  -against-

                                                       RULE 7.1 STATEMENT

                                                         08 Civ. 3331 (RJH)

METRO-NORTH COMMUTER RAILROAD,

                      Defendant.
---------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).)

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York          RICHARD K. BERNARD
       May 2, 2008                   GENERAL COUNSEL

                                         BY: S/_____
                                          Ioana Wenchell - IW/4775
                                          Attorneys for Defendant
                                          347 Madison Avenue
                                          New York, New York  10017
                                          212-340-2203