UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LORENZO SICONOLFI,

                Plaintiff,

  -against-                                    **ANSWER**

                                                  08 Civ. 03331 (RJH)

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
-----------------------------------------------------------------X

      Defendant, Metro-North Commuter Railroad (hereinafter "Metro-North"), by its attorney, Richard K. Bernard, General Counsel, as and for its answer to the complaint of the plaintiff, alleges as follows:

      1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph(s) 1 of the complaint.

      2. Denies upon information and belief each of the allegations contained in paragraph(s) 2, 3,5, 7 and 8 of the complaint and refers all questions of law and fact to judge and jury.

      3. Admits the allegations contained in paragraph(s) 4 of the complaint.

      4. Denies upon information and belief each of the allegations contained in paragraph(s) 6 of the complaint and refers all questions of law and fact to judge and jury, except admits that plaintiff was employed by defendant.

      5. Denies the allegations contained in paragraph(s) 9, 10, 11, 12 and 13 of the complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

6. As and for a first affirmative defense, or as a defense in mitigation of damages, the defendant claims that any injuries allegedly sustained by the plaintiff were caused, in whole or in part, by reason of the culpable conduct of the plaintiff.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

7. As and for a second affirmative defense, or as a defense in mitigation of damages, the defendant claims that the plaintiff failed to take all steps necessary and proper to mitigate damages.

WHEREFORE, defendant demands judgment dismissing the complaint, together with costs and disbursements and such other and further relief as to this Court seems just and proper.

Dated: New York, New York
       May 2, 2008                                RICHARD K. BERNARD
                                                  GENERAL COUNSEL

                                                  By:___S/_____
                                                     Ioana Wenchell (IW-4775)
                                                     Associate Counsel
                                                     Attorneys for Defendant
                                                     347 Madison Avenue
                                                     New York, New York  10017
                                                     (212) 340-2203

TO:   Marc Wietzke, Esq.
      Law Office of Michael Flynn PLLC
      Attorneys for Plaintiff
      1205 Franklin Avenue
      Garden City, NY 11530
      (516) 877-1234

STATE OF NEW YORK   :
                    : ss:
COUNTY OF NEW YORK:

    Laura Matthews, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside in Bronx County, New York.

    On May _2_, 2008, I served a true copy of the annexed ANSWER and RULE 7.1 STATEMENT, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:  Marc Wietzke, Esq.
     Law Office of Michael Flynn PLLC
     Attorney for Plaintiff
     1205 Franklin Avenue
     Garden City, NY 11530
     (516) 877-1234

                          ____S/_____
                          LAURA MATTHEWS

Sworn to before me this
_2_ day of May, 2008

___S/_____
NOTARY PUBLIC

Siconolfi