```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LORENZO SICONOLFI,

                Plaintiff,

- against -

METRO NORTH COMMUTER RAILROAD,

                Defendant.
------------------------------------------------------------X

08 Civ. 03331 ( RJH )

**ORDER**

On May 23, 2008, a conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court entered the following Order:

1. All fact and expert discovery shall be completed by November 21, 2008. No extensions absent extraordinary circumstances.

2. A pretrial conference shall be held on November 21, 2007 at 10:00 a. m. .

SO ORDERED :
Date: New York, New York:
May 23, 2008

                                            Richard J. Holwell
                                            United States District Judge